UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JAMES THOMAS | CIVIL ACTION |
| VERSUS | NO: 09-3596 |
| LEON CANNIZZARO, JR., ET AL. | SECTION: R(3) |

### ORDER

Before the Court is plaintiff James Thomas's Motion of Objection to Magistrate Recommendations. (*See* R. Doc. 21.) The Court, having reviewed *de novo* Thomas's complaint (*see* R. Doc. 3), the record, the applicable law, the report and recommendation (*see* R. Doc. 19), and Thomas's objections, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly, Thomas's complaint is hereby dismissed with prejudice.

New Orleans, Louisiana, this 9th day of October, 2009.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE